**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WILLIAM HATLEY, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 2:15-cr-00263-APG-GWF <br><br> **ORDER** |

This matter is before the Court on the Government's Motion to Strike Defendant's Improperly Filed Pleadings (#10), filed on October 5, 2015.

The Government requests that the Court strike the *pro-se* pleadings of Defendant Hatley in Case No. 2:15-cr-00173-APG-PAL. No explanation is given for filing the motion in this case instead of 2:15-cr-00173-APG-PAL. Though Case No. 2:15-cr-00173-APG-PAL is closed, the motion cannot be filed in a different case simply because Defendant is also a party in that case. Therefore, the Court will deny the motion, without prejudice to it being filed in the proper case. Accordingly,

**IT IS HEREBY ORDERED** that Government's Motion to Strike Defendant's Improperly Filed Pleadings (#10) is **denied** without prejudice.

**DATED** this 6th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge