RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for William Hatley

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-263-APG-GWF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| WILLIAM HATLEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for William Hatley, that the Sentencing Hearing currently scheduled on January 12, 2016 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than two (2) weeks.

This Stipulation is entered into for the following reasons:

1.      The parties are negotiating their sentencing recommendations and need additional time.

2.      The defendant is in custody and does not oppose a continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 4th day of January, 2016

RENE L. VALLADARES                         DANIEL G. BOGDEN
Federal Public Defender                        United States Attorney


*/s/ Brian Pugh*                                     */s/ Kimberly M. Frayn*
By_____                By_____
BRIAN PUGH                                        KIMBERLY M. FRAYN
Assistant Federal Public Defender             Assistant United States Attorney

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

WILLIAM HATLEY,

        Defendant.

Case No. 2:15-cr-263-APG-GWF

**ORDER**

     IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, January 12, 2016 at 9:00 a.m., be vacated and continued to  January 21, 2016  at the hour of  11:00   a.m.; or to a time and date convenient to the court.

     DATED this  4th  day of January, 2016.

UNITED STATES DISTRICT JUDGE