**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM HATLEY,<br><br>Defendant. | Case No. 2:15-cr-00263-APG-GWF<br><br>**ORDER UNSEALING ADDENDUM** |

IT IS ORDERED that the clerk of court shall unseal the addendum to the petition to revoke defendant William Hatley's supervised release (ECF No. 36).

DATED this 8th day of December, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE